AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

| | |
|---|---|
| David Rodriguez, Jessica Smedley, Tanada Smith, Chris Cant, and Carl Schoolfield, individually and on behalf of all others similarly situated ) | |
| *Plaintiff* ) | Case No.   2-23-cv-02002-PKH |
| v. ) | |
| Mena Hospital Commission d/b/a Mena Regional Health System ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jessica Smedley                                                                                     .

Date:      04/26/2023                                    /s/ Breean Walas
                                                        *Attorney's signature*

                                                        Breean Walas (AR2006077)
                                                        *Printed name and bar number*

                                                        Walas Law Firm, PLLC
                                                        711 W. 3rd Street
                                                        Little Rock, AR 72201
                                                        *Address*

                                                        breean@walaslawfirm.com
                                                        *E-mail address*

                                                        (501) 246-1067
                                                        *Telephone number*

                                                        (501) 421-9693
                                                        *FAX number*